| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Marcus Gomez<br>12749 Norwalk Blvd., Ste 204-A<br>Norwalk, CA 90650<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Raymond Vargas | ORIGINAL<br><br>FILED<br>JUL -3 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Raymond Vargas<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: LA08-17036 VZ<br><br>DATE: July 16, 2008<br>TIME: 9:30 AM<br>CTRM: 1360<br>FLOOR: 13th Floor |

**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**
(with supporting declarations)
(MOVANT: Raymond Vargas_____)

1. NOTICE IS HEREBY GIVEN to COUNTRYWIDE HOME LOANS ("Secured Creditor/Lessor"),Trustee (if any), and affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☒ **255 East Temple Street, Los Angeles**     ☐ **411 West Fourth Street, Santa Ana**
   ☐ **21041 Burbank Boulevard, Woodland Hills**     ☐ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☒ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☐ at the hearing     ☒ at least __5__ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any.
   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                                                    **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of* ___     **F 4001-1M.IS**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Raymond Vargas | Debtor(s). | CASE NO.: LA08-17036 VZ |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated  7-2-08

Law Offices of Marcus Gomez
*Print Law Firm Name (if applicable)*

Marcus Gomez
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.IS**

Revised October 2005

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 3 of* ___   **F 4001-1M.IS**

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Raymond Vargas                                           Debtor(s). | CASE NO.: LA08-17036 VZ |

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
**(MOVANT:** Raymond Vargas **)**

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the Property"):

   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   *Vehicle Identification Number:*
   *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   *Serial number(s):*
   *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☒ Real Property
   *Street Address:* 13055 Destino Lane
   *Apt./Suite No.:*
   *City, State, Zip Code:* Cerritos, CA 90703
   Legal description or document recording number(include county of recording):
   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Countrywide Home Loans _____ to secure the sum of approximately $680446.57 ____ now owed. ("Secured Creditor/Lessor"). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☒ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or
   c. ☐ Movant moves for an order **imposing a stay** <u>as to all creditors</u>.
   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>; and/or
   e. ☐ Movant moves for an order **continuing the automatic stay** <u>as to all creditors</u>.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13
      was filed concerning the present case on *(specify date)*: 5/21/08
   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on *(specify date)*:
   c. ☐ Plan was confirmed on *(specify date)*:

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                                        **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of* ____   **F 4001-1M.IS**

| In re (SHORT TITLE)<br>Raymond Vargas                                 Debtor(s). | CHAPTER: 13<br>CASE NO.: LA08-17036 VZ |
|---|---|

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1. Case Name: Raymond Vargas
       Case Number: LA08-15420 vz      Chapter: 13
       Date Filed: 04/23/08                 Date Dismissed:
       Relief from stay re this property    ☐ was    ☒ was not granted
       Reason for dismissal: Untimely file documents.

    2. Case Name:
       Case Number:                        Chapter:
       Date Filed:                         Date Dismissed:
       Relief from stay re this property    ☐ was    ☐ was not granted
       Reason for dismissal:

    ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C.§521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C.§341(a) is/was 7/3/08 and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a. 1. Property description/value: Real Property                      $ 750,000.00
      2. Creditor/Lien amount: Countrywide Home Loans              $ 644,319.78
      3. Creditor/Lien amount: Homecoming Loans                     $ 122,685.61
      4. Creditor/Lien amount: _____              $_____
      5. Creditor/Lien amount: _____              $_____
      6. Total Liens                                                $ 767005.39
      7. Debtor's Homestead Exemption                               $_____
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $_____

   b. 1. Property description/value: _____            $_____
      2. Creditor/Lien amount: _____              $_____
      3. Creditor/Lien amount: _____              $_____
      4. Creditor/Lien amount: _____              $_____
      5. Creditor/Lien amount: _____              $_____
      6. Total Liens                                                $_____
      7. Debtor's Homestead Exemption                               $_____
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $_____

   ☐ See attached continuation page(s)

4. **Grounds for Continuing The Stay:**

   a. ☐ Pursuant to 11 U.S.C.§362(c)(3) the stay should be continued on the following grounds:

      1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed, because:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                F 4001-1M.IS

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of* ____   **F 4001-1M.IS**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Raymond Vargas | Debtor(s). | CASE NO.: LA08-17036 VZ |

A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

B. ☒ Good faith is shown because Attorney mistakenly miss the date to file missing documents. _____

☐ See attached continuation page(s)

2. ☒ The Property is of consequential value or benefit to the estate because:

   A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);

   B. ☒ The Property is necessary to a reorganization for the following reasons: Debtor was victim of fraud and un-ethicals employees. _____

   ☐ See attached continuation page

   C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): _____

   ☐ See attached continuation page

3. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

   A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

   B. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;

   C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because _____

   ☐ See attached continuation page

   D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because _____

   ☐ See attached continuation page

   E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because _____

   ☐ See attached continuation page

   F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: _____. From this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.
   ☐ See attached continuation page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                   **F 4001-1M.IS**

| Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of* ___ | | F 4001-1M.IS |
|---|---|---|
| In re<br>Raymond Vargas<br>(SHORT TITLE)<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: LA08-17036 VZ | |

G. ☒ For the following additional reasons Debtor is a veteran of the army and I have limitations to move around and meet with attorney with in reason time to file the missing documents.

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because _____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

   a. ☒ Pursuant to 11 U.S.C. §362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

   2. ☒ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: This is debtor only place of residence, Debtor is a veteran of the army and he was victim of fraudulent employees offering lower interest rate when in reality his rate double within in the first year.

   ☐ See attached continuation page

   3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): _____

   ☐ See attached continuation page

   b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

   1. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

   2. ☒ Good faith is shown because Debto's attorney failed to file in timely matter the petition and amended document

   ☐ See attached continuation page

   c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: _____

   ☐ See attached continuation page

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was as the result of the negligence of Debtor's attorney;

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                                                   F 4001-1M.IS

| Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 7 of* ____ | F 4001-1M.IS |
|---|---|
| In re    (SHORT TITLE)<br>Raymond Vargas                                  Debtor(s). | CHAPTER: 13<br>CASE NO.: LA08-17036 VZ |

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

_____

☐ See attached continuation page

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: _____(from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
☐ See attached continuation page

6. ☐ For the following additional reasons ___

_____

☐ See attached continuation page

d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because ___

_____

☐ See attached continuation page

6. **Evidence in Support of Motion:**    *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☐ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Other Declaration(s) are also attached in support of this Motion.
   c. ☒ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.
   d. ☒ Other evidence *(specify):* Declaration

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☒ That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

| Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 8 of ___ | | F 4001-1M.IS |
|---|---|---|
| In re            (SHORT TITLE) | | CHAPTER: 13 |
| Raymond Vargas | Debtor(s). | CASE NO.: LA08-17036 VZ |

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to *all creditors* until further order of the court.

5. ☒ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) _____

8. ☐ For other relief requested, see attached continuation page.

Dated: 7-2-08

Respectfully submitted,

Marcus Gomez
*Movant Name*

Law Offices of Marcus Gomez
*Firm Name of Attorney for Movant (if applicable)*

By: _____
   *Signature*

Name: Marcus Gomez
*Typed Name of Individual Movant or Attorney for Movant*

## DECLARATION OF MOVANT

I, Marcus Gomez_____, am the attorney_____ of Movant. I have read the foregoing motion consisting of ____pages, and the attached materials incorporated therein by reference. I declare that the foregoing is true and correct to the best of my knowledge. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded. I am one of the custodians of such business records. Executed this 2_ day of July, 2008 at Norwalk_____.

_____
(Signature of declarant)

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 9 of* ____   **F 4001-1M.IS**

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Raymond Vargas                                    Debtor(s). | CASE NO.: LA08-17036 VZ |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

1. I am over the age of 18 and not a party to the within action. My business address is as follows:

   12749 Norwalk Blvd., Ste 204-A
   Norwalk, CA 90650

2. **Regular Mail Service:** On __7-2-08__, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____ Norwalk _____, California, addressed as set forth on the attached list.

   *NOTE:* If the Notice and Motion have been served pursuant to an Order Shortening Time ("Order"), you must file a Proof of Service that indicates that the notice and service requirements contained in the Order have been met.

3. **See attached list for names and addresses of all parties and counsel that have been served.** *(In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtor(s), Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee, or 20 largest unsecured creditors, etc.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7-2-08

Alejandro B. Sandoval                                         [signature]
Typed Name                                                   Signature

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Marcus Gomez<br>12749 Norwalk Blvd., Ste 204-A<br>Norwalk, CA 90650<br><br>Attorney for Raymond Vargas | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>  Raymond Vargas<br><br>                                    Debtor. | |
|---|---|
| Raymond Vargas<br>                                    Movant(s),<br>vs.<br><br>                                    Respondent(s). | CHAPTER 13<br><br>CASE NUMBER LA08-17036 VZ<br><br>(No Hearing Required) |

## ORDER SHORTENING TIME
### [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

   a. *Specify date of filing of Motion*:
   b. *Specify the Title of the Motion*:

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

   a. ❏ **Denied**: The underlying Motion may be brought on regular notice.
   b. ❏ **Granted**: It is further ordered as follows:

   (1) A hearing on the Motion will be held on the following date and time and in the specified location:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ❏ 255 East Temple Street, Los Angeles | | ❏ 411 West Fourth Street, Santa Ana | |
| ❏ 21041 Burbank Boulevard, Woodland Hills | | ❏ 1415 State Street, Santa Barbara | |
| ❏ 3420 Twelfth Street, Riverside | | | |

*(This Order is continued on the next page.)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised March 2008                                                                                                          **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] - *Page 2*   **F 9075-1**

| In re<br>Raymond Vargas                    Debtor. | CHAPTER 13<br>CASE NUMBER LA08-17036 VZ |
|---|---|

(2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

    a. *Specify deadline for giving of telephonic notice:*   *Date:*   *Time:*

    b. *Specify names of parties to be given telephonic notice:*   ❏ See Attached Page

(3) Written notice of the hearing shall be given to the following parties no later than the following date and time by the following method of delivery:

    a. ❏ Personal Delivery or Facsimile   ❏ Overnight Mail   ❏ First Class Mail

    b. *Specify deadline for giving of written notice:*   *Date:*   *Time:*

    c. *Specify names of parties to be given written notice:*   ❏ See Attached Page

(4) ❏ The moving papers, declarations and other supporting documentation shall be served on the following parties no later than the following date and time by the following method of delivery:

    a. ❏ Personal Delivery or Facsimile   ❏ Overnight Mail   ❏ First Class Mail

    b. *Specify deadline for service:*   *Date:*   *Time:*

    c. *Specify names of parties to be served:*   ❏ See Attached Page

(5) Any opposition to the Motion must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon Movant no later than the following date and time by the following method of delivery:

    a. ❏ Personal Delivery or Facsimile   ❏ Overnight Mail   ❏ First Class Mail

    b. *Specify deadline for service of opposition:*   *Date:*   *Time:*

(6) A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised March 2008    **F 9075-1**

| In re | CHAPTER 13 |
|---|---|
| Raymond Vargas | |
| Debtor. | CASE NUMBER LA08-17036 VZ |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the above county. I am over the age of 18 and not a party to the within action. My business address is:
12749 NORWALK BLVD.,
STE 204-A
NORWALK, CA 90650

On __7-2-08__, I served the foregoing ORDER SHORTENING TIME UNDER LOCAL BANKRUPTCY RULE 9075-1(b) on interested parties at their last known address by placing a true and correct copy thereof in a sealed envelope with first-class postage fully prepaid in the United States Mail at NORWALK, California addressed as follows:

☑ See Attached List

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-2-08 | ALEJANDRO B. SANDOVAL | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Revised March 2008

**F 9075-1**

# DECLARATION OF ATTORNEY MARCUS GOMEZ

I, Marcus Gomez, declare:

1. I am an attorney at law duly licensed to practice in all the Courts of the State of California and the United States District Court Central and Southern Districts of California. If called upon to testify as to the matter set forth in this declaration, I could and would competently testify thereto based upon my personal knowledge.

2. I am the attorney for the Debtor Raymond Vargas.

3. I have obtained an appraisal value of the property located at 13055 Destino Lane Cerritos, CA 90703 online and is hereby attached and marked as Exhibit # A

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Norwalk, California on June 16, 2008

Marcus Gomez

# EXHIBIT # 1



Home  Please Sign in. New User? Register Here.

### eppraisal.com — What is your castle worth?

Recent Sales | Market Insight | Schools | Lifestyle | Employment | Find a Pro

SPONSORS



eppraisal for: **13055 DESTINO LN, CERRITOS, CA 90703**

value range: $625,291 — $735,637 — $845,982
          Low       Middle       High

Real estate professionals: Reach homeowners and buyers in one or more zip codes exclusively. Learn more >>
(Click here to create a ZipAd)

#### Property Details

**Property Characteristics**

| | | | |
|---|---|---|---|
| Bedrooms: | 4 | Fireplace: | 1 |
| Bathrooms: | 3.00 | # of Stories: | |
| Square Footage: | 2314 | Garage Capacity: | |
| Year Built: | 1971 | Parking Spaces: | |
| Acres: | | Basement Area: | |
| Lot Area: | | Roof Type: | |
| Air Cond: | | Porch Type: | |
| Heat Type: | | Patio Type: | |
| Pool: | | | |

**Location Information**

| | | | |
|---|---|---|---|
| County: | LOS ANGELES COUNTY | Subdivision: | |
| Munic/Township: | | | |

**Sales History**

| | | | |
|---|---|---|---|
| Recording/Sale Date: | | Price Per Sq. Ft. | |
| Sale Price: | $39,000 | | |
| Recording/Sale Date: | | Price Per Sq. Ft. | |
| Sale Price: | | | |





Begin a New Search         Map: ☑ Recent Sales  ☐ Schools



| | Address | Sale Price | Sale Date | Bed/Bath | SqFt. | Distance | |
|---|---|---|---|---|---|---|---|
| | 13055 DESTINO LN | | | 4/3.00 | 2314 | | |
| 1 | 13150 ABANA PL | $703,000 | 11/05/2007 | 4/3.00 | 2187 | 0.20 | Get eppraisal |
| 2 | 18832 CHRISTINA AVE | $700,000 | 04/16/2007 | 4/2.00 | 2036 | 1.08 | Get eppraisal |
| 3 | 15713 ROPER AVE | $730,000 | 03/12/2007 | 4/3.00 | 2151 | 1.30 | Get eppraisal |
| 4 | 11331 FELSON ST | $650,000 | 05/24/2007 | 4/3.00 | 2098 | 2.28 | Get eppraisal |
| 5 | 18104 HOFFMAN AVE | $638,000 | 03/28/2007 | 4/3.00 | 2289 | 3.08 | Get eppraisal |

Price Per Sq Ft    Living Area    Distance From Subject    Sale Price






This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of information. It is presented on an 'as is, as available' basis. This site makes no warranties, expressed or implied without limitation, to the information provided, nor is responsible for any errors or omissions. This valuation is NOT an appraisal. User acknowledges that this product is a technology report, a product of an automated valuation technology analysis. This information is compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and analysis.