

| | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br>AUG 12 2008<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

| In re:<br>Raymond Vargas,<br><br>         Debtor(s).<br>John P. Pringle,<br><br>         Trustee. | CHAPTER:   7<br><br>CASE NO.:   LA -08-17036SB<br><br>DATE: September 2, 2008<br>TIME: 9:30 AM<br>CTRM: 1575<br>FLOOR: 15th |

### ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY
### (MOVANT:  Mortgage Electronic Registration Systems, Inc. (MERS),
### its assignees and/or successors in interest)

Pursuant to Local Rule 9013-1(a)(13)(A), the parties to the pending relief from stay motion in this case are ordered to bring to court each declarant for whom a declaration has been submitted, for the purpose of presenting testimony to support the declaration.

###

DATED: August 12, 2008

United States Bankruptcy Judge

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY was entered on *(specify date)*:

8/12/08

Dated:   8/12/08                                             **JON D. CERETTO**
                                                             **Clerk of the Bankruptcy Court**


                                                             By:   STACEY FORTIER
                                                             _____
                                                             *Deputy Clerk*

**SERVICE LIST**

Raymond Vargas
13055 Destino Lane
Cerritos, California 90703

Marcus Gomez, Esq.
12749 Norwalk Boulevard
Suite 204A
Norwalk, California 90650

Mark T. Domeyer, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue
Suite 200
Costa Mesa, California 92626

John P. Pringle, Trustee
6055 East Washington Boulevard
#608
Los Angeles, California 90040-2427

U.S. Trustee
Department of Justice
725 South Figueroa Street
26th Floor
Los Angeles, California 90017