Mark T. Domeyer, Esq.
CA Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-70968

Attorneys for Secured Creditor
COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In Re,<br>RAYMOND VARGAS,<br><br>Debtor(s). | BK No.: 2:08-17036-SB<br><br>Chapter 7<br><br>DATE: Sept. 2, 2008<br>TIME: 9:30 a.m.<br>CTRM: 1575<br>FLOOR: 15th<br><br>**EMERGENCY MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY TO SUPPLY WITNESS OR IN THE ALTERNATIVE TO PERMIT TESTIMONY FROM A LOCAL WITNESS WHO MAY TESTIFY FROM MOVANT'S BUSINESS RECORDS** |

COUNTRYWIDE HOME LOANS, INC., respectfully requests that the hearing on its motion be continued for 2-3 weeks to enable it to cost-effectively respond to this court's August 12, 2008 Order for Appearance of Declarants to Testify ("Order"), based upon the following:

1. This case was filed on May 21, 2008 as a Chapter 13 case

2. An order converting the case to a case under Chapter 7 was entered on July 11, 2008. At the time of filing the motion Movant erroneously believed that the

1

1         case remained a chapter 13 case and brought its motion for cause based on a

2         lack of post-petition payments.

3    3.    On August 12, 2008 the Court entered an Order for Appearance of Declarants

4         to Testify ("Order").

5    4.    Counsel for the Movant learned of the Order earlier this week and contacted the

6         Movant to make arrangements to have the declarant, who resides in Texas

7         available for testimony.

8    5.    Providing in-person testimony from the declarant on this time frame will be

9         prohibitively expensive. Accordingly the Movant requests that the hearing be

10        continued 2-3 weeks to allow the Movant to provide its witness and secure air

11        fare that is more reasonable. In the alternative, Movant requests that it be

12        allowed to provide a witness from a local servicing center and for such other

13        and further relief as the Court deems just and proper.

Dated: 08/27/08                              MILES, BAUER, BERGSTROM & WINTERS, LLP

                                         By: /s/ Mark T. Domeyer
                                             Mark T. Domeyer, Esq.
                                             Attorney for Secured Creditor

# PROOF OF SERVICE

I, __Miho Ishida__, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626.

On __08/27/08__ [07/14/08 struck through], I served the within **EMERGENCY MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY TO SUPPLY WITNESS OR IN THE ALTERNATIVE TO PERMIT TESTIMONY FROM A LOCAL WITNESS WHO MAY TESTIFY FROM MOVANT'S BUSINESS RECORDS AND A PROPOSED ORDER** on all interested parties in this preceding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Marcus Gomez
12749 South Norwalk Boulevard
Suite 204A
Norwalk, CA 90650

<u>CHAPTER 13 TRUSTEE</u>:
Nancy Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014

<u>U.S. TRUSTEE</u>:
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/27/08__, at Costa Mesa, California.

__/s/ Miho Ishida__