ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MARCUS GOMEZ<br>ATTORNEY AT LAW<br>12749 NORWALK BOULEVARD, SUITE 204-A<br>NORWALK, CALIFORNIA 90650<br>Phone No.: (562) 929-2309<br>Facsimile No.: (562) 929-7409<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Raymond Vargas | **FILED**<br><br>AUG 22 2008<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:      Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Raymond Vargas<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: LA08-17036-BD ) B<br><br>DATE: 9/2/08<br>TIME: 9:30 AM<br>CTRM: 1575<br>FLOOR: 15TH |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
### (MOVANT: <u>Mortgage Electronic Registration Systems, Inc.</u> )
### (RESPONDENT: ☒ Debtor ☐ Trustee ☐ Other: _____)

> **GENERAL NOTE:** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   > **NOTE:** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date):*

   The reason for this request is *(specify):*

*(Continued on next page)*

*Revised May 2004*
This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| RAYMOND VARGAS | Debtor(s). | CASE NO.: LA08-17036-BD |

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

☒ The value of the Property is $ 700,000.00_____, based upon (*specify*):
Debtor's estimate

☒ Total amount of debt (loans) on the Property is $ 702,506.00_____.

☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

☒ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

☒ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

☐ Service of the Motion: ☐ Not all parties were served ☐ Insufficient notice of the hearing

☐ Incorrect address used for (*specify*) _____

☐ Other (*specify*):

b. Respondent asserts:

☒ Case has been converted from Chapter 13____ to Chapter 7____.

☐ All postpetition arrears will be cured by the hearing date.

☐ The Debtor has equity in the Property in the amount of $_____.

☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.

☐ The Property is necessary for an effective reorganization because (*specify reasons why*):

☒ The Motion should be denied because (*specify*):
See attached Declaration(s)

(Continued on next page)

*Revised May 2004* **F 4001-1M.RES**

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| RAYMOND VARGAS | Debtor(s). ☒ | CASE NO.: LA08-17036-BD |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> *NOTE RE SUPPORTING PAPERS: Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> ***NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:*** *Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☒ Declaration by Debtor        ☐ Declaration by Debtor's Attorney

☐ Declaration by Trustee        ☐ Declaration by Trustee's Attorney

☐ Declaration by Appraiser        ☐ Memorandum of Points and Authorities *(optional)*

☐ Other *(specify)*:

Dated: 8/22/08

Respectfully submitted,

Raymond Vargas
*Respondent's Name*

Law Office of Marcus Gomez
*Law Firm Name (if applicable)*

By: _____
    *Signature*

Name:    MARCUS GOMEZ
         *Attorney for Respondent or Pro Se Respondent*

| In re | (SHORT TITLE) | CHAPTER: 7 |
| --- | --- | --- |
| RAYMOND VARGAS | Debtor(s). | CASE NO.: LA08-17036-BD |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES _____

1.  I am over the age of 18 and not a party to the within action. My business address is as follows:
    12749 NORWALK BOULEVARD, SUITE 204-A, NORWALK, CALIFORNIA 90650

2.  On 8/22/08 _____, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as:
    RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER
    11 U.S.C. § 362 and DECLARATION(S) IN SUPPORT on the interested parties at their last known address in this action by placing
    a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at
    Norwalk _____, California, addressed as set forth below.

3.  Parties and addresses upon which service was made:

---

**NOTE:** *The parties listed below **must** be served and identified as to their position in reference to the Motion: The
United States Trustee, the Chapter 7, 11, or 13 Trustee, Movant, Movant's attorney (if any), the 20 largest
unsecured creditors (where applicable), and any other interested parties.*

---

☒ UNITED STATES TRUSTEE:
*(Name, address)*
ERNST & YOUNG PLAZA
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

☒ CHAPTER 7, 11, OR 13 TRUSTEE:
*(Name, address)*
JOHN P. PRINGLE, TRUSTEE
6055 EAST WASHINGTON BLVD, STE608
LOS ANGELES, CA 90040-2427

☐ MOVANT:
*(Name, address)*

☒ ATTORNEY FOR MOVANT (if any):
*(Name, address)*
Mark T. Domeyer, Esq.
1665 Scenic Avenue, Suite 200
Costa Mesa, California 92626

☒ OTHER:
*(Specify capacity in which service is made; e.g., Creditors Committee or 20 largest unsecured creditors, etc.)*
Chapter 13 Trustee, NANCY CURRY
606 SOUTH OLIVE STREET,STE 1850
LOS ANGELES, CA 90014

☐ Addresses continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/12/0~

NICOLE E. CHAVEZ
*Typed Name*

*Signature*

*Revised May 2004*                                                              **F 4001-1M.RES**
This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF DEBTOR'S COUNSEL IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Marcus Gomez, declare:

1. I am an attorney at law duly licensed to practice in all the Courts of the State of California and the United States District Court, Central District of California. If called as a witness I could and would competently testify thereto based on my personal knowledge.

2. I represent the Debtor, Raymond Vargas, who opposes the motion for relief from the automatic stay.

3. The basis for Debtor's opposition is as follows.

    a. The Debtor filed a Chapter 13 case on April 23, 2008, Case No.: 2:08-bk 15402-AA. This case was dismissed when Debtor failed to timely file required documents.

    b. The Debtor filed the instant Chapter 13 case on May 21, 2008, Case No. 2:08-17036`VZ.

    c. The Debtor was unable to propose a feasible Chapter 13 plan and, he requested a conversion to Chapter 7.

    d. The Debtor is an elderly retired World War II veteran. His monetary income consists of a pension and social security benefits.

5. The Debtor and his wife purchased the real property which is the subject of this motion for relief in 1971. Debtor and his wife were the original owners of the subject property. The mortgage on the home was paid off in about 1993.

6. The Debtor's wife fell ill and suffered from Alzheimer's and Parkinson's diseases. Debtor borrowed on the equity of their home to help pay for the medical and personal care required by his wife. Debtor had a reverse mortgage with Wells Fargo in the amount of about $300,000.00. Debtor's wife later deceased.

7. In October of 2006 the Debtor was approached by lending agents who offered a new loan for Debtor that would provide him with cash. While ill and wheelchair bound he was induced to sign loan papers through Countrywide Home Loans, Inc. for a $630,000.00 loan.

8. The adjustable loan sold to Debtor required initial monthly payments of $2,250.63, well beyond Debtor's means

9. At the same time as Debtor was induced to borrow the $630,000.00 he also was induced to sign for second loan of $115,500.00 with the same lender, the inappropriately named Freedom Home Mortgage Corporation. (See attached Exhibit 1 Homecoming Financial. LLC, proof of claim). This second Deed of trust added a monthly mortgage obligation of $1,110.86. Again, the Debtor could not have possibly made this payment from his income of retirement and social security.

10. The Debtor was a victim of predatory lending. The lenders and their agents took advantage of the Debtors advanced age, status as a widower and declining health to induce him to take on loans he could not possibly afford to repay on his income.

11. The Debtor asserts that the Movant is estopped from obtaining relief because of its conduct. Debtor desires to continue with a reverse mortgage which is what he claims he was told he was signing when he was presented with the two loans currently encumbering the property.

12. The Debtor will submit additional evidence including his own declaration averring to the aforementioned facts.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct that this declaration was executed on August 22 , 2008 at Norwalk, California.



MARCUS GOMEZ

PLAINTIFF RESPONSE TO MOTION AND MOTION TO COMPEL

# EXHIBIT 1

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District of California | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Raymond Vargas | Case Number:<br>2:08-bk-17036-VZ |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Homecomings Financial, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>P.O. Box 12289<br><br>El Cajon, CA 92022-2289 | **Court Claim Number:**_____<br>(*If known*) |
| Telephone number:<br>(619) 590-1300 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Homecomings Financial, LLC<br>3451 Hammond Ave. Waterloo, IA 50702 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $_____124,042.86_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** __MONEY LOANED_____<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____******8901_____<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other<br>**Describe:** 13055 Destino Lane, Cerritos, CA 90703<br><br>**Value of Property:** $_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____8,615.02 **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____124,042.86 **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | FOR COURT USE ONLY |
|---|---|---|
| **Date:**<br>06/04/2008 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Joseph D. Sanders /s/Joseph D. Sanders | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PROOF OF CLAIM BREAKDOWN SHEET

## IN RE: **VARGAS, RAYMOND**
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

CASE NO. 2:08-bk-17036-VZ
CREDITOR: HOMECOMINGS FINANCIAL, LLC

| | |
|---|---:|
| <u>Payments</u><br>11/07 - 05/08 @ $1,110.86 x 7 | $7,776.02 |
| Late Charges | $35.00 |
| Expense Advance | $359.50 |
| Prev. Svcr. Corp. Advances | $85.00 |
| Post-Petition Bankruptcy Attorneys' Fees and Costs[1] | $359.50 |
| **Total Arrears** | $8,615.02 |

**Outstanding Balance as of May 21, 2008\***                 **$124,042.86**

1921473.wpd

---

[1] Please be on notice that these fees include the post-petition preparation and filing of this Proof of Claim; obtaining and reviewing the Chapter 13 Plan; and the preparation, filing and service of a Request for Special Notice to monitor this bankruptcy. These post-petition fees are included in the Proof of Claim so that the subject loan is current upon completion of the Plan. If the Debtor(s) object to these fees being included in the Proof of Claim, please contact Steven Pite at (800) 500-8757 in order to have these fees and costs removed from the Proof of Claim.

RECORDING REQUESTED BY
TICOR TITLE COMPANY
OF CALIFORNIA

Recording Requested By:
FREEDOM HOME MORTGAGE CORPORATION
907 PLEASANT VALLEY AVENUE
MOUNT LAUREL, NEW JERSEY 08054

And After Recording Return To:
FREEDOM HOME MORTGAGE CORPORATION
907 PLEASANT VALLEY AVENUE
MT. LAUREL, NEW JERSEY
Loan Number: 9009₤0060865862

6

**06 2255531**

10727-19
APN-7027-004-037

——————————— [Space Above This Line For Recording Data] ———————————

# DEED OF TRUST

MIN: 100073020061502991

THIS DEED OF TRUST is made this 3rd day of OCTOBER, 2006 among the Trustor,
RAYMOND VARGAS, AN UNMARRIED MAN

(herein "Borrower"),
TICOR TITLE OF CALIFORNIA, 18302 IRVINE BLVD SUITE 100, TUSTIN,
CALIFORNIA 92780 (herein "Trustee"),
and the Beneficiary, Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as hereinafter defined, and Lender's successors and assigns). MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
FREEDOM HOME MORTGAGE CORPORATION
is organized and existing under the laws of and has an address of
907 PLEASANT VALLEY AVENUE, MT. LAUREL, NEW JERSEY 08054

(herein "Lender").
BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County of
LOS ANGELES , State of California:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.
A.P.N.: 7027-004-037

THIS SECURITY INSTRUMENT IS SUBORDINATE TO AN EXISTING FIRST
LIEN(S) OF RECORD.
which has the address of 13055 DESTINO LANE
[Street]
CERRITOS , California 90703 (herein "Property Address");
[City] [Zip Code]

IN WITNESS WHEREOF, Borrower has executed and acknowledges receipt of pages 1 through 7 of this Deed of Trust.

_Raymond Vargas_
RAYMOND VARGAS                    -Borrower          _____ -Borrower

_____ -Borrower                 _____ -Borrower

_____ -Borrower                 _____ -Borrower

State of California
County of LOS ANGELES

On _10-3-06_  before me, _Thomas Montaghami, Notary Public_
personally appeared RAYMOND VARGAS

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _Thomas Montaghami_

THOMAS MONTAGHAMI
Commission # 1482877
Notary Public - California
Orange County
My Comm. Expires Apr 12, 2008

(Seal)

CALIFORNIA-SECOND MORTGAGE-1/80
Form 3805 - AS AMENDED FOR MERS          Page 7 of 7          DocMagic *eFerms* 800-849-1362
                                                               www.docmagic.com

·06·2255531

9

LOT 21 OF TRACT NO. 29570, IN THE CITY OF CERRITOS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,AS PER MAP RECORDED IN BOOK 804, PAGES 98 TO 100 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Form PR-S

06 2255531



MIN: 100073020061502991          Loan Number: ████████████2

# NOTE

THIS NOTE IS A CONTRACT FOR A SHORT-TERM LOAN. THIS LOAN IS PAYABLE IN FULL AT MATURITY. SINCE YOU HAVE SELECTED A PAYMENT SCHEDULE WHICH WILL NOT PAY THE LOAN IN FULL BY THE MATURITY DATE, YOU WILL NEED TO PAY A LUMP SUM, OR BALLOON PAYMENT, WHICH WILL PAY OFF THE ENTIRE AMOUNT OF THE PRINCIPAL BALANCE OF THE LOAN AND ANY UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOUR INTEREST RATE AND TERMS WILL BE AT THE PREVAILING INTEREST RATE, WHICH MAY BE CONSIDERABLY HIGHER THAN THE INTEREST RATE ON THIS LOAN. YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

OCTOBER 3, 2006          MOUNT LAUREL,          NEW JERSEY
Date          City          State

13055 DESTINO LANE, CERRITOS, CALIFORNIA 90703          Zip Code
Property Address          City          State

## 1. BORROWER'S PROMISE TO PAY
In return for a loan that I have received, I promise to pay U.S. $ 115,500.00          (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is FREEDOM HOME MORTGAGE CORPORATION
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Note Holder."

## 2. INTEREST
I will pay interest at a yearly rate of          11.125 %          .
Interest will be charged on unpaid principal until the full amount of principal has been paid.

## 3. PAYMENTS
I will pay principal and interest by making payments each month of U.S. $ 1,110.86          .
I will make my payments on the          1st     day of each month beginning on DECEMBER 1, 2006          . I will make these payments every month until I have paid all of the principal and interest and any other charges, described below, that I may owe under this Note. If, on   NOVEMBER 1, 2021          ,
I still owe amounts under this Note, I will pay all those amounts, in full, on that date.
I will make my monthly payments at   PO BOX 8068, VIRGINIA BEACH, VIRGINIA 23450

or at a different place if required by the Note Holder.

## 4. BORROWER'S FAILURE TO PAY AS REQUIRED
(A)   Late Charge for Overdue Payments
If the Note Holder has not received the full amount of any of my monthly payments by the end of   15 calendar days after the date it is due, I will promptly pay a late charge to the Note Holder. The amount of the charge will be          5.000 % of my overdue payment, but not less than U.S. $ 5.00 and not more than U.S. $ N/A          . I will pay this late charge only once on any late payment.
(B)   Notice from Note Holder
If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 10 days after the date on which the notice is mailed to me or, if it is not mailed, 10 days after the date on which it is delivered to me.
(C)   Default
If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount.
Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.
(D)   Payment of Note Holder's Costs and Expenses
If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 5. THIS NOTE SECURED BY A DEED OF TRUST
In addition to the protections given to the Note Holder under this Note, a Deed of Trust, dated the same day as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Deed of Trust describes how and under what conditions I may be required to make immediate payment in full of all amounts that I owe under this Note.
Some of those conditions are described as follows:

---

Transfer of the Property or a Beneficial Interest in Borrower. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Deed of Trust. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Deed of Trust.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Deed of Trust. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Deed of Trust without further notice or demand on Borrower.
** See attached Prepayment Note Addendum.

6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in a letter that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment." A prepayment of only part of the unpaid principal is known as a "partial prepayment."

I may make a full prepayment or a partial prepayment without paying any penalty. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of my monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require me to make the prepayment on the same day that one of my monthly payments is due. The Note Holder may also require that the amount of my partial prepayment be equal to the amount of principal that would have been part of my next one or more monthly payments.

7. BORROWER'S WAIVERS

I waive my rights to require the Note Holder to do certain things. Those things are: (A) to demand payment of amounts due (known as "presentment"); (B) to give notice that amounts due have not been paid (known as "notice of dishonor"); (C) to obtain an official certification of nonpayment (known as a "protest"). Anyone else who agrees to keep the promises made in this Note, or who agrees to make payments to the Note Holder if I fail to keep my promises under this Note, or who signs this Note to transfer it to someone else also waives these rights. These persons are known as "guarantors, sureties and endorsers."

8. GIVING OF NOTICES

Any notice that must be given to me under this Note will be given by delivering it or by mailing it by certified mail addressed to me at the Property Address above. A notice will be delivered or mailed to me at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by certified mail to the Note Holder at the address stated in Section 3 above. A notice will be mailed to the Note Holder at a different address if I am given a notice of that different address.

9. RESPONSIBILITY OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each of us is fully and personally obligated to pay the full amount owed and to keep all of the promises made in this Note. Any guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to do these things. The Note Holder may enforce its rights under this Note against each of us individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note. Any person who takes over my rights or obligations under this Note will have all of my rights and must keep all of my promises made in this Note. Any person who takes over the rights or obligations of a guarantor, surety, or endorser of this Note (as described in Section 7 above) is also obligated to keep all of the promises made in this Note.

NOTICE TO BORROWER
Do not sign this Note if it contains blank spaces.
All spaces should be completed before you sign.

_Raymond Vargas_ _(Seal)_
RAYMOND VARGAS          -Borrower

_____ (Seal)
                     -Borrower

_____ (Seal)
                     -Borrower

_____ (Seal)
                     -Borrower

_____ (Seal)
                     -Borrower

_____ (Seal)
                     -Borrower

STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
BRIAN A. PAINO (CA SBN 251243)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385

Attorneys for HOMECOMINGS FINANCIAL, LLC, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re

RAYMOND VARGAS,

Debtor(s).

Case No. 2:08-bk-17036-VZ

Chapter 13

PROOF OF SERVICE BY MAIL

I, Joseph D. Sanders, declare that:

I am employed in the County of San Diego, California. My business address is: 525 E. Main Street, P.O. Box 12289, El Cajon, CA 92022-2289. I am over the age of eighteen years and not a party to this cause.

On June 4, 2008, I served the PROOF OF CLAIM (WITH ATTACHMENTS) in said cause by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at El Cajon, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 4, 2008, at El Cajon, California.

/s/ Joseph D. Sanders

Pite Duncan & Melmet, LLP
P.O. Box 12289
El Cajon, CA 92022-2289

IMPORTANT INFORMATION
ENCLOSED



1104 1994 1410 1201 4353

Mailed On:            06-04-08
Reference Number:    000010-009591.001
Mailing Number:      0007217-01
ClientID:            PDM_POC000110

Marcus Gomez
Law Office of Marcus Gomez
12749
Norwalk, CA 90650

**SERVICE LIST**

**DEBTOR(S)**

Raymond Vargas
13055 Destino Lane
Cerritos, CA 90703

**DEBTOR(S) ATTORNEY**

Marcus Gomez
Law Office of Marcus Gomez
12749 Norwalk Boulevard
Suite 204-A
Norwalk, CA 90650

**CHAPTER 13 TRUSTEE**

Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014

1921466.wpd