|  | FOR COURT USE ONLY  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Raymond Vargas,<br><br>Debtor(s).<br>John P. Pringle,<br><br>Trustee. | CHAPTER: 7<br>CASE NO.: LA -08-17036SB<br>DATE: September 30, 2008<br>TIME: 9:30 AM<br>CTRM: 1575<br>FLOOR: 15th |

# ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY
### (MOVANT: Mortgage Electronic Registration Systems, Inc. (MERS), its assignees and/or successors in interest)

      Pursuant to Local Rule 9013-1(a)(13)(A), the parties to the pending relief from stay motion in this case are ordered to bring to court each declarant for whom a declaration has been submitted, for the purpose of presenting testimony to support the declaration.

###

DATED: September 8, 2008

_____
United States Bankruptcy Judge

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY was entered on *(specify date)*:

September 8, 2008


Dated:   September 8, 2008

                                            **JON D. CERETTO**
                                            **Clerk of the Bankruptcy Court**


                                        By:  Elaine L. Garcia
                                              _____
                                              *Deputy Clerk*

**SERVICE LIST**

Raymond Vargas
13055 Destino Lane
Cerritos, California 90703

Marcus Gomez, Esq.
12749 Norwalk Boulevard
Suite 204A
Norwalk, California 90650

Mark T. Domeyer, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue
Suite 200
Costa Mesa, California 92626

John P. Pringle, Trustee
6055 East Washington Boulevard
#608
Los Angeles, California 90040-2427

U.S. Trustee
Department of Justice
725 South Figueroa Street
26th Floor
Los Angeles, California 90017