| | |
|---|---|
| Mark T. Domeyer, Esq.<br>CA Bar No. 135008<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>1665 Scenic Avenue, Suite 200<br>Costa Mesa, CA 92626<br>(714) 481-9100 / FAX (714) 481-9144<br>File No. 08-70968<br><br>Attorneys for Secured Creditor<br>COUNTRYWIDE HOME LOANS, INC. | **FILED & ENTERED**<br><br>**SEP 08 2008**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia   DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re,<br>RAYMOND VARGAS,<br><br>            Debtor(s). | BK No.: 2:08-17036-SB<br><br>Chapter 7<br><br>DATE: Sept. 2, 2008<br>TIME: 9:30 a.m.<br>CTRM: 1575<br>FLOOR: 15th<br><br>**[PROPOSED] ORDER ON EMERGENCY MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY TO SUPPLY WITNESS OR IN THE ALTERNATIVE TO PERMIT TESTIMONY FROM A LOCAL WITNESS WHO MAY TESTIFY FROM MOVANT'S BUSINESS RECORDS** |

Upon consideration of the motion to continue the hearing on the Motion or in the alternative to allow Movant to supply a local witness in support of the Motion, and good cause for the relief requested having been established, this _____ day of August, 2008 it is

///

///

///

1

ORDERED that the hearing on the motion shall be and the same hereby is continued to ~~==============================~~ September 30, 2008 at 9:30 a.m., and Movant is ~~directed~~ ordered to have each declarant available for testimony in support of the declaration.

###

DATED: September 8, 2008

_____
United States Bankruptcy Judge

| In re **VARGAS** | (SHORT TITLE) | CHAPTER: **7** |
|---|---|---|
| | Debtor(s) | CASE NO.: **2:08-17036-SB** |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information shall be filled in by the party lodging the order.

# SERVICE LIST FOR ENTERED ORDER

Notice is given by the court that a judgment or order entitled (*specify*) **[PROPOSED] ORDER ON EMERGENCY MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY TO SUPPLY WITNESS OR IN THE ALTERNATIVE TO PERMIT TESTIMONY FROM A LOCAL WITNESS WHO MAY TESTIFY FROM MOVANT'S BUSINESS RECORDS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 27, 2008**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

ATTORNEY FOR MOVANT
Mark T. Domeyer
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
mdomeyer@mileslegal.com

ATTORNEY FOR DEBTOR:
Marcus Gomez
12749 South Norwalk Boulevard
Suite 204A
Norwalk, CA 90650
marcusgomez@verizon.net

U.S. TRUSTEE:
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR:
Raymond Vargas
13055 Destino Lane
Cerritos, CA 90703-8606

CHAPTER 7 TRUSTEE
John P Pringle
Roquemore, Pringle & Moore, Inc.
6055 East Washington Blvd., # 608
Los Angeles, CA 90040-2427

☐ Service information continued on attached page

**TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page