| | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>**OCT 23 2008**<br><br>**CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY egarcia    DEPUTY CLERK** |
| In re:<br>Raymond Vargas,<br><br>                          Debtor(s).<br>John P. Pringle,<br><br>                          Trustee. | CHAPTER:      7<br><br>CASE NO.:    LA-08-17036SB<br>DATE:         September 30, 2008<br>TIME:         9:30 AM<br>CTRM:       1575<br>FLOOR:      15th |

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
### (MOVANT: Mortgage Electronic Registration Systems, Inc. (MERS), its assignees and/or successors in interest )

1. The Motion was:   ☒ Contested   ☐ Uncontested   ☐ Not Prosecuted

2. The property (the "Property") to which this Order applies is as follows *(specify common description or street address)*:
    13055 Destino Lane, Cerritos, California 90703

3. The Motion is denied: ☒ without prejudice  ☐ with prejudice ☐ on the following grounds:
    ☒ Based upon the findings and conclusions made on the record at the hearing and the opinion entered on October 21, 2008.
    ☐ Unexcused non-appearance by Movant
    ☐ Lack of proper service
    ☐ Lack of good cause shown for relief from stay
    ☐ The automatic stay is no longer in effect under:  ☐ 11 U.S.C. § 362(c)(2)(A)  ☐ 11 U.S.C. § 362(c)(2)(B)
                                                                          ☐ 11 U.S.C. § 362(c)(3)(A)  ☐ 11 U.S.C. § 362(c)(4)(A)

    ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

Dated:   10/23/2008

                                                                                                                                                        _____
                                                                                                                                                        UNITED STATES BANKRUPTCY JUDGE

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                                           **F 4001-10.DENY**

| In Re   (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Raymond Vargas, | Debtor(s) | CASE NO: LA-08-17036SB |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

10/23/2008

Dated:   10/23/2008

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: *[signature: Elaine J. Garcia]*
_____
*Deputy Clerk*

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                              **F 4001-10.DENY**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Raymond Vargas, | Debtor(s) | CASE NO: LA-08-17036SB |

# SERVICE LIST

Raymond Vargas
13055 Destino Lane
Cerritos, California 90703

Marcus Gomez, Esq.
Attorney at Law
12749 Norwalk Boulevard
Suite 204-A
Norwalk, California 90650

Mark T. Domeyer, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
1665 Scenic Avenue
Suite 200
Costa Mesa, California 92626

John P. Pringle, Trustee
6055 East Washington Boulevard
#608
Los Angeles, California 90040-2427

U.S. Trustee
Department of Justice
725 South Figueroa Street
26th Floor
Los Angeles, California 90017

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                                   **F 4001-10.DENY**

B6A (Official Form 6A) (12/07)

IN RE VARGAS, RAYMOND                                                    Case No. 08-15420
                        Debtor(s)                                                      (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 13055 DESTINO LANE CERRITOS, CA 90703 | Tenancy by the Entirety | | 591,000.00 | 13,502.16 |
| | | TOTAL | 591,000.00 | |

(Report also on Summary of Schedules)

13


