JOHN P. PRINGLE, SBN 072300
johnppringle@earthlink.net
6055 East Washington Boulevard
Suite 500
Los Angeles, CA  90040-2466
Telephone No.:  (323) 727-9589
Facsimile No.:  (323) 724-0423

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RAYMOND VARGAS,<br><br>Debtor. | Case No. 2:08-bk-17036-SB<br><br>Chapter 7<br><br>**NOTICE BY CHAPTER 7 TRUSTEE TO EMPLOY LAW OFFICES OF MARCUS GOMEZ AS SPECIAL COUNSEL**<br><br>[No Hearing Required - Unless Requested] |

**TO THE TWENTY LARGEST UNSECURED CREDITORS AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN**, that John P. Pringle, Chapter 7 Trustee of Raymond Vargas, will file an Application under 11 U.S.C. § 327 for an order authorizing the employment of the Law Offices of Marcus Gomez ("Gomez") as the Trustee's Special Bankruptcy Counsel, for the proposes and on the terms as set forth more fully herein below.

A copy of the Application by which the Trustee seeks Court authority to employ Gomez, may be obtained by consulting the Court's file or by requesting a copy from the Trustee, whose name and address appear in the upper left-hand corner of this Notice.

///
///
///
///

## PURPOSE AND TERMS OF EMPLOYMENT

The Trustee requires the assistance of Gomez to pursue an adversary proceeding entitled, <u>Raymond Vargas vs. Freedom Home Mortgage Corporation, et al.</u>, Adversary No. 2:09-01135-SB. The Defendants are being sued for Damages for Fraud, Abuse of Process, Quit Title and Injunctive Relief.

Gomez shall provide those legal services reasonably required to represent the Trustee, and shall take reasonable steps to keep the Trustee informed of progress and to respond to the Trustee's inquiries. This Agreement does not obligate Gomez to prosecute or defend any appeal arising out of the subject matter of this Agreement. If Gomez elects to do so, other fee arrangements shall be made with the Trustee at that time.

Gomez may associate or employ counsel at its discretion at any stage of the legal proceedings, providing there is no additional charge made to the Trustee for such services.

The Trustee has selected Gomez because it is well qualified to provide the legal services required by the Trustee and because Gomez represented the Debtor in connection with this matter. Consequently, Gomez is familiar with the facts relating thereto. Gomez is also representing Debtor as bankruptcy counsel for the Chapter 7 case. The Trustee wishes to employ Gomez to pursue the adversary matter only. The Trustee does not believe that there is an actual conflict of interest at this time.

The Trustee proposes to employ Gomez with a compensation to be paid on a contingency of a fee equal to forty percent (40%) of all gross amounts recovered from a settlement or arbitration award of judgment. This fee has not been set by law but has been negotiated between Trustee and Gomez.

The Trustee shall reimburse Gomez for all costs and expenses incurred, including, but not limited to, process servers' fees, fees fixed by law or assessed by courts or other agencies, court reporters' fees, messenger and other delivery fees, parking, investigation expenses, consultants' fees, expert witness fees and other similar items. The Trustee authorizes Gomez to incur all reasonable costs and to hire any investigators, consultants or expert witnesses reasonably necessary in Gomez' judgment to represent the Trustee's interests. Gomez shall send Trustee monthly statements for costs incurred. The Trustee shall pay Gomez' fees and expenses upon approval of the bankruptcy court.

///

1     **NOTICE IS HEREBY FURTHER GIVEN**, that any objection and request for hearing

2    must be filed with the Court and served on the undersigned and the United States Trustee no later than

3    15 days from the date of this Notice. Failure to timely file and serve any objection or request for hearing

4    will be deemed by the Court to be a consent to the Trustee's employment of Gomez.

5

6    Dated: April 24, 2009          By: _____

7                              JOHN P. PRINGLE, Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: RAYMOND VARGAS, | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-17036-SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6055 E. Washington Blvd., Ste. 500, Los Angeles, CA 90040

A true and correct copy of the foregoing document described as <u>NOTICE BY CHAPTER 7 TRUSTEE TO EMPLOY</u>
<u>LAW OFFICES OF MARCUS GOMEZ AS SPECIAL COUNSEL</u> will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to
the document. On <u>4/28/09</u> I checked the CM/ECF docket for this bankruptcy case or adversary
proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at
the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>4/28/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States
Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes
a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity
served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>4/29/09</u> I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later
than 24 hours after the document is filed.

Samuel L. Bufford, Judge
Bin outside Courtroom 1575
(Via Attorney Service)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>4/28/09</u> | BECKY RENFRO | *Becky Renfro* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

**ADDITIONAL SERVICE INFORMATION (if needed):**

VIA ELECTRONIC MAIL (NEF):

Stephen F Biegenzahn   efile@sfblaw.com
Mark Domeyer   ecf.cmbk@mileslegal.com
Marcus Gomez   marcusgomez@verizon.net
Brian A Paino   ecfcacb@piteduncan.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                            **F 9013-3.1**

5

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025*
NEW ALBANY OH 43054-3025

AAA CREDIT SERVICE
520 N BROOKHURST ST STE
ANAHEIM, CA 92801-5227

ASSET ACCEPTANCE CORP
PO BOX 2036
WARREN, MI 48090-2036

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726

BAY AREA CREDIT SERVICE
2185 THE ALAMEDA STE 1
SAN JOSE, CA 95126-1109

CHASE
PO BOX 94014
WILMINGTON, DE 19850

COUNTRYWIDE HOME LOANS
PO BOX 10219
VAN NUYS, CA 91410-0219

Countrywide Home Loans, Inc.
c/o Miles Bauer Bergstrom & Winters LLP
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626-1441

Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

eCAST Settlement Corporation assignee of
Chase Bank USA NA
POB 35480
Newark NJ 07193-5480

Homecomings Financial, LLC
c/o Pite Duncan LLP
525 E Main Street
POB 12289
El Cajon, CA 92022-2289

Homecomings Financial, LLC
3451 Hammond Ave.
Waterloo, IA 50702-5345

HSBC Bank Nevada and its Assigns
by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

IUPAT CHOICE MASTERCARD
PO BOX 60102
CITY OF INDUSTRY, CA 91716-0102

KEY RECOVERY
127 PUBLIC SQ
CLEVELAND, OH 44114-1217

LA CURACAO
1605 W OLYMPIC BLVD STE
LOS ANGELES, CA 90015-3808

Mortgage Electronic Registration Systems, In
1665 Scenic Ave. Suite 200
Costa Mesa, CA 92626-1441

PORTFOLIO RECOVERY & AFFIL
120 CORPORATE BLVD STE 1
NORFOLK, VA 23502-4962

PROGRESSIVE MANAGEMENT SYS
1521 W CAMERON AVE MANAGEMENT
WEST COVINA, CA 91790-2738

Raymond Vargas
13055 Destino Ln
Cerritos, CA 90703-8606

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605